Waiver of Indictment                                           Cr. Form No. 18
_____                                         _____

# United States District Court
## FOR THE
## DISTRICT OF MINNESOTA

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v.      ) | Criminal No. 21-cr-176(1) |
| ) | |
| MUNAH HARRIS YOUSSEF,  ) | |
| ) | |

I, Munah Harris Youssef, the above-named defendant, who is accused of conspiracy to defraud the United States, in violation of Title 18, United States Code, Section 371, and having been advised of the nature of the charge and my rights, hereby waive prosecution by indictment and consents to being charged by the filing of a criminal information.

Date: 11/18/2021        _____
                        MUNAH HARRIS YOUSSEF, Defendant

Date: 11/18/2021        _____
                        KEALA EDE, Defense Counsel

Date: 11/18/2021        _____
                        JORDAN L. SING, Witness

SCANNED
NOV 1 9 2021
U.S. DISTRICT COURT ST. PAUL