UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Criminal No. 21-176(1) SRN |
| | ) | |
| Plaintiff, | ) | |
| v. | ) | **MOTION TO WITHDRAW AND FOR** |
| MUNAH HARRIS YOUSSEF, | ) | **APPOINTMENT OF SUBSTITUTE** |
| | ) | **COUNSEL** |
| Defendant. | ) | |

Comes now Katherian D. Roe, on behalf of appointed counsel for Munah Harris Youssef, and hereby moves the Court to allow counsel to withdraw from representing the defendant and requests that the Court appoint substitute counsel to represent the defendant in the above proceedings.

Former counsel for the defendant, AFD Keala Ede, has been appointed to the Hennepin County District Court Bench and is no longer practicing law as an attorney.

Therefore, counsel requests that the Court grant this motion to withdraw and that attorney Andrew H. Mohring from the Criminal Justice Act Panel be appointed to represent the defendant.

Dated: April 19, 2022

Respectfully submitted,

*s/Katherian D. Roe*

KATHERIAN D. ROE
Attorney ID No. 214668
Attorney for Defendant
107 U.S. Courthouse
300 South Fourth Street
Minneapolis, MN 55415